IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL ANTHONY LORUSSO,**

    *Petitioner*,

v.                                                       Case No.: 4:22cv5-MW/MAF

**PINELLAS COUNTY JAIL, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. This case shall be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on February 15, 2022.**

                                                      *s/Mark E. Walker*
                                                      **Chief United States District Judge**